**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| Plaintiff, | ) | Case No. 24-cv-1016-PRW |
| and | ) | |
| LEISA SHANNON, | ) | |
| Plaintiff-Intervenor, | ) | |
| v. | ) | |
| SUNROOMS AND MORE DESIGN CENTER, INC., | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Equal Employment Opportunity Commission, Plaintiff-Intervenor Leisa Shannon, and Defendant Sunrooms and More Design Center, LLC[1] (collectively, "the Parties") respectfully move this Court for approval and entry of the attached Proposed Consent Decree agreed to by the Parties. In support of this Joint Motion, the Parties state:

1. This lawsuit was filed on September 30, 2024.

2. The Parties have reached a negotiated settlement of this case in the

[1] Defendant's current registered name is Sunrooms & More Design Center, LLC

form of a Consent Decree. A copy of the proposed Consent Decree executed by the Parties is attached as **Exhibit 1** for the Court's review and approval.

3. Contemporaneous with this Motion, the EEOC will submit a Word version of the proposed Consent Decree for the Court's signature and entry.

WHEREFORE the Parties respectfully move this Court to enter the proposed Consent Decree attached hereto as **Exhibit 1**.

Respectfully submitted,

/s/ Patrick J. Holman
Patrick J. Holman, OBA No. 21216
Senior Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Oklahoma City Area Office
Dean A. McGee Ave., Suite 524
Oklahoma City, OK 73102
(405) 666-0374
(314) 539-7895 (fax)
patrick.holman@eeoc.gov
**ATTORNEY FOR PLAINTIFF EEOC**

/s/ Mark E. Hammons
Mark E. Hammons, OBA #3784
Tammy Vo, OBA #36288
*(e-signed with permission)*
Hammons, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
assistant@hammonslaw.com
tammy@hammonslaw.com
**ATTORNEYS FOR PLAINTIFF-INTERVENOR**

/s/ Lincoln C. Hatfield
Robert A. Bragalone, OBA #31898
Lincoln C. Hatfield, OBA #32005
(*e-signed with permission*)
GORDON REES SCULLY
MANSUKHANI, LLP
3030 NW Expressway, Ste. 300 #682
Oklahoma City, Oklahoma 73112
Telephone: (214) 231-4660
bbragalone@grsm.com
lhatfield@grsm.com
**ATTORNEYS FOR DEFENDANT**